UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN LEE WEISMAN,<br><br>              Plaintiff,<br><br>  v.<br><br>RONALD LEE WYDEN *et al.*,<br><br>             Defendants. | CASE NO. **2:25-cv-01966-JNW**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 4** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 4) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 20th day of October, 2025.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge