UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN LEE WEISMAN, Pro Se,  Plaintiff,  v.  RONALD LEE WYDEN, U.S. Senator of Oregon, et al.,  Defendants. | CASE NO. 2:25-cv-01966-JNW  ORDER |

This matter comes before the Court on Plaintiff Warren Lee Weisman's Motion for Recusal. Dkt. No. 16. Having reviewed and considered the motion and the relevant record, the Court DECLINES to recuse voluntarily.

Under 28 U.S.C. § 455(a), a judge must recuse in any proceeding in which their "impartiality might reasonably be questioned." To decide whether recusal is necessary, courts consider "[w]hether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. McTiernan*, 695 F.3d 882, 891 (9th Cir. 2012). "[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555 (1994).

ORDER - 1

Weisman alleges that the Court is biased against him because it dismissed his case under 28 U.S.C. § 1915. He has identified no actual bias or conflict of interest, only his own disagreement with the Court's decision. Accordingly, the Court DECLINES to recuse voluntarily. Pursuant to LCR 3(f), Weisman's motion for recusal, Dkt. No. 16, is REFERRED to United States District Chief Judge David Estudillo for decision.

Dated this 14th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2